Order entered November 25, 2014



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00903-CV

**U.S. BANK, NATIONAL ASSOCIATION, Appellant**

**V.**

**MASSARRAT A. KHAN, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02208-A**

## ORDER

We **GRANT** appellant's November 20, 2014 second motion for extension of time to file brief and **ORDER** the brief tendered to the Court October 15, 2014 filed as of the date of this order. Appellees shall file their brief no later than December 29, 2014.

/s/     CRAIG STODDART
JUSTICE